JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

DANIEL KILROE,                      )    No. CV 11-6819 R (VBKx)
                                    )
    Plaintiff,                      )
                                    )
    v.                              )    **ORDER DISMISSING CASE**
                                    )
UNITED STATES OF AMERICA;           )
RUDKIN SMITH, M.D.,                 )
                                    )
    Defendants.                     )    Honorable Manuel L. Real
                                    )

    The United States' motion to dismiss came on regularly for hearing on December 5, 2011, at 10:00 a.m.

    No opposition was filed.

    The motion to dismiss for lack of subject matter is GRANTED, as this Court derives its jurisdiction from the state court when the action is removed pursuant to 28 U.S.C. § 1442.  Because the state court lacked subject matter jurisdiction over the Federal Defendants, this Court lacks subject matter jurisdiction.  In re Elko County Grand Jury, 109 F.3d 554, 555 (9th Cir. 1997); *see also* Golden Eagle Insurance Corp. v. Allied Technology Group, 83 F.Supp.2d 1132, 1134 (C.D.Cal. 1999) *citing* Minnesota v. United States, 305. U.S. 382, 389, 59 S.Ct. 292, 295, 83 L.Ed. 235 (1939) *and* Glass v. National Railroad Passenger Corp., 570 F.Supp.2d 1180, 1183 (C.D.Cal. 2008).

    THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Complaint is DISMISSED without prejudice.

DATED: Dec. 15, 2011          _____
                              MANUEL L. REAL
                              United States District Judge

| | |
|---|---|
| 1 | <u>Presented by:</u> |
| 2 | ANDRÉ BIROTTE JR.<br>United States Attorney |
| 3 | LEON W. WEIDMAN<br>Assistant United States Attorney |
| 4 | Chief, Civil Division |
| 5 |     */s/ David A. DeJute*<br>DAVID A. DeJUTE |
| 6 | Assistant United States Attorney<br>Attorneys for the United States |